# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-mj-00158-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S AMENDED STATUS REPORT** |
| v. | ) | **ON UNSUPERVISED PROBATION** |
| | ) | |
| OSCAR A. MEMBRILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Unlicensed driver, in violation of 36 C.F.R. § 4.2 |
| **Sentence Date:** | September 12, 2018 |
| **Review Hearing Date:** | September 5, 2019 |
| **Probation Expires On:** | March 12, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Monetary Fines & Penalties in Total Amount of:** $30 fine

☒ **The defendant shall seek and maintain employment and show proof within 30 days from release and to provide the Court with any update in change of employment status within 15 days of that employment change.**

☒ **The defendant shall clear any outstanding warrants by October 15, 2018 and show proof to the Court by October 31, 2018.**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

## *OTHERWISE:*

☐ **Obey all federal, state and local laws**; On June 6, 2019, Mr. Membrila was convicted of driving a motor vehicle without a valid license, in violation of CVC § 1200(a), and operating a motor vehicle without valid vehicle registration, in violation of CVC § 4000(a)(1).

*GOVERNMENT POSITION:*

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: August 29, 2019           */s/ Jeffrey Spivak* _____
                                      Jeffrey Spivak
                                      Assistant United States Attorney

*DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for 9/5/2019 at 10:00 a.m.

☐      be continued to _____ at 10:00 a.m.; or

☒      be vacated.

DATED: August 29, 2019           */s/ Matthew Lemke* _____
                                        Assistant Federal Defender
                                      Counsel for Oscar A. Membrila

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐      GRANTED. The Court orders that the Review Hearing set for September 5, 2019 at 10 a.m. be vacated

☒      DENIED.

IT IS SO ORDERED.

Dated:   **August 30, 2019**            _____
                                        UNITED STATES MAGISTRATE JUDGE